IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kelley Jr, Albert

Printed: 8/26/08

Case Number: 08 B 12843
Judge: Squires, John H
Filed: 5/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 8. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 9. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 10. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 11. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 12. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 13. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 14. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 15. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 16. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 17. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 18. | Citi Residential Lending Inc | Unsecured | 0.00 | 0.00 |
| 19. | Litton Loan Servicing | Unsecured | 0.00 | 0.00 |
| 20. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 21. | Nicor Gas | Unsecured |  | No Claim Filed |
| 22. | Collection Bureau Of America | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kelley Jr, Albert | Case Number:  08 B 12843 |
| | Judge:  Squires, John H |
| Printed:  8/26/08 | Filed:  5/20/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

